Approved.
/s/ *Benita Y. Pearson* on 10/12/2021
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| NAYDA OLMO CARMONA | ) | CASE NO.:  4:20-cv-02830 |
| | ) | |
| Plaintiff, | ) | JUDGE PEARSON |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | |
| ZIDIAN MANUFACTURING, INC., | ) | |
| et al | ) | |
| | ) | |
| Defendants. | ) | |

We, the attorneys for the respective parties, do hereby stipulate that all causes of action pending or which could have been presented between and among the parties are "settled and dismissed with prejudice at the cost of the each party, no record" and that the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

*Per email approval 10/8/2021*
Irene K. Makridis (0016760)
155 S. Park Ave. Suite 160
Warren, Ohio 44481
T:  (330) 394-1587
F:  (330) 394-3070
E:  office@makridislaw.com
*Attorney for Plaintiff*

*s/Robert S. Yallech*
ROBERT S. YALLECH (0075494)
REMINGER CO., L.P.A.
11 Federal Plaza Central, Suite 1200
Youngstown, Ohio 44503
(330) 744-1311/(330) 744-7500 (fax)
Email: ryallech@reminger.com
*Attorney for Defendant Zidian
Manufacturing, Inc.*

*Per email approval 10/8/2021*
Ronald D. Yarwood (0068775)
DeGenova & Yarwood Ltd.
42 North Phelps St.
Youngstown, Ohio 44503
Tele: 330-743-4116/Cell 330-507-7531
Fax:  330-743-2536
E:  ronyarwood@degenovayarwood.com
*Attorney for Defendant Scott Larch*